UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOIS M. SMITH,<br><br>    Petitioner,<br><br>   v.<br><br>WARDEN D. SILVA,<br><br>    Respondent. | Case No. 2:23-cv-09429-FMO-SSC<br><br>**JUDGMENT** |

  Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice for Petitioner's failure to prosecute and comply with court orders and the Local Civil Rules for the Central District of California.

DATED: April 23, 2024

               /s/
          HONORABLE FERNANDO M. OLGUIN
          UNITED STATES DISTRICT JUDGE